UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

In Re:  Gary and Pamela Israelson            Case No. 08-13946

       Debtor                                          Hon. Carol A. Doyle

**TRUSTEE'S REPLY TO CARRINGTON MORTGAGE SERVICES LLC'S RESPONSE TO TRUSTEE'S NOTICE OF FINAL CURE UNDER RULE 3002.1 (f)**

     Glenn Stearns, Chapter 13 Standing Trustee, paid the mortgage arrears in the amount of $15,000 pursuant to the confirmed plan.  Subsequent to confirmation, the mortgage company filed an amended proof of claim with a higher arrears amount but section E5 of the confirmed plan was never amended to pay this higher claim amount.  Therefore, the trustee paid the mortgage arrears correctly as the confirmed plan controls in the Northern District of Illinois, Eastern Division.


Date:  3/13/13                                                    /S/  Pamela L. Peterson

                                                                   For:  Glenn Stearns, Chapter 13 Standing Trustee